DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '09 AUG 28 11:59 USDC-ORE

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

Michael Foster

    **Plaintiff,**

vs.                               Civil No. 08-cv-00133-HO

Commissioner of Social Security

    **Defendant.**                 **ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $5.23, costs in the amount of $11.30, and attorney's fees in the amount of $5,012.48, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 27th day of Aug., 2009.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**